# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT FRANKLIN

NO. 2021 KW 0896

DECEMBER 10, 2021

---

In Re:     Albert Franklin, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0404.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing is not considered if this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**GH**

**WRC**

**Guidry, J.,** dissents and would grant the application for rehearing for the reasons stated in my dissent in **State v. Franklin,** 2021-0896 (La. App. 1st Cir. 11/18/21), 2021 WL 5373861 (unpublished).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT